The People of the State of Illinois, Plaintiff-Appellee, *v.* Michael White, Defendant-Appellant.

(No. 74-29; )

Second District (2nd Division)—July 2, 1975.

Opinion by Mr. JUSTICE DIXON.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford (James W. Jerz and Edward N. Morris, both of Illinois State's Attorneys Association, of counsel), for the People.